IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FARHIYO H. ALI,

        Plaintiff,

        Case No. 3:10-CV-01232-CL

v.

        JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

CLARKE, Magistrate Judge:

Based on the record, and the Opinion and Order filed herewith, the final decision of the Commissioner is REVERSED, and this case REMANDED, for the immediate payment of benefits.

IT IS SO ORDERED.

DATED this 31 day of July, 2012.

Mark D. Clarke
United States Magistrate Judge

Page 1 - JUDGMENT